MERRILL F. STORMS, JR. (Bar No. 78333)
NOAH A. KATSELL (Bar No. 217090)
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

Attorneys for Defendant
LULULEMON USA INC. and
LULULEMON ATHLETICA INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN CHAIKIN, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LULULEMON USA INC., a Nevada Corporation; LULULEMON ATHLETICA INC., a Delaware corporation; and DOES 1 through 5, inclusive,<br><br>Defendants. | CASE NO. 3:12-cv-02481-GPC-MDD<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date: March 15, 2013<br>Time: 1:30 p.m.<br>Judge: Hon. Gonzalo P. Curiel<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 15, 2013, at 1:30 p.m., or as soon thereafter as the matter may be heard, in the above court, located at 940 Front Street, San Diego, CA 92101, defendants lululemon athletica Inc. and lululemon USA Inc. will and hereby do move this Court to dismiss the claims for violation of California Civil Code section 1747.08 and for invasion of privacy and unlawful intrusion in Plaintiff Lauren Chaikin's Complaint.

The motion is made pursuant to Federal Rules of Civil Procedure 12(b)(6) and 8(a) and is based on the grounds that Plaintiff fails to state a claim on which relief can be granted.  This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, Request for Judicial Notice and exhibits, all pleadings and papers on file in this action, oral argument as permitted by the Court, and any such other matters that the Court deems appropriate.

Respectfully submitted,

Dated:  October 19, 2012

DLA PIPER LLP (US)

By  /s/ Noah A. Katsell
NOAH A. KATSELL
Attorneys for Defendant
LULULEMON USA INC. and
LULULEMON ATHLETICA INC.