Gene J. Stonebarger, State Bar No. 209461
gstonebarger@stonebargerlaw.com
Richard D. Lambert, State Bar No. 251148
rlambert@stonebargerlaw.com
Elaine W. Yan, State Bar No. 277961
eyan@stonebargerlaw.com
STONEBARGER LAW
A Professional Corporation
75 Iron Point Circle, Ste. 145
Folsom, CA 95630
Telephone: (916) 235-7140
Facsimile: (916) 235-7141

James R. Patterson, State Bar No. 211102
jim@pattersonlawgroup.com
PATTERSON LAW GROUP
A Professional Corporation
402 W. Broadway, 29th Floor
San Diego, CA 92101
Telephone: (619) 756-6990
Facsimile: (619) 756-6991

Brian J. Lawler, State Bar No. 221488
blawler@pilotlawcorp.com
PILOT LAW, P.C.
701 B Street, Suite 1170
San Diego, CA 92101
Telephone: (619) 255-2398
Facsimile: (619) 231-4984

*Attorneys for Plaintiff and the Class*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN CHAIKIN, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LULULEMON USA INC., a Nevada Corporation, LULULEMON ATHLETICA INC., a Delaware Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 3:12-CV-02481-GPC-MDD<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:   March 14, 2014<br>Time:  1:30 p.m.<br>Courtroom: 2D<br>Judge: Hon. Gonzalo P. Curiel |

**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

1  **TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS:**

2  **PLEASE TAKE NOTICE** that on March 14, 2014, at 1:30 p.m., or as soon
3  thereafter as counsel can be heard in Department 2D of the above-entitled Court
4  located at 221 West Broadway, San Diego, CA 92101, Plaintiff Lauren Chaikin
5  will and hereby does move for an Order for Final Approval of the Class Action
6  Settlement in this matter.

7  This motion is based on this notice of motion and motion, the accompanying
8  memorandum of points and authorities, the supporting declarations and exhibits
9  submitted herewith, the records and files in this action, and upon such further and
10  additional papers and argument as may be presented herein.

11  On November 6, 2013, this Court granted preliminary approval of the Class
12  Action Settlement in this matter, and ordered Defendants Lululemon USA Inc. and
13  Lululemon Athletica Inc. to provide Notice to the Class of the pendency of the
14  action and the pendency of the preliminarily approved settlement.  Also, in the
15  Preliminary Approval Order, the Court stated that the Motion for Final Approval
16  must be filed at least twenty-one (21) days prior to the Final Approval Hearing.
17  The Class members had ample time to review the proposed settlement and file any
18  objections to the approved settlement. No objections have been filed.

19  Accordingly, Plaintiff hereby submits this Motion for Final Approval of
20  Class Action Settlement on the grounds that the settlement is a fair, reasonable and
21  adequate resolution of the Class claims against Defendants.

22  DATED:  February 21, 2014          STONEBARGER LAW, APC

23                                     PATTERSON LAW GROUP, APC

24                                     PILOT LAW, P.C.

26                                     By: */s/ Gene J. Stonebarger*
                                           Gene J. Stonebarger
27                                         gstonebarger@stonebargerlaw.com
                                           Attorneys for Plaintiff Lauren Chaikin
28                                         and the Class

STONEBARGER LAW
A Professional Corporation

-1-
**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**